# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


SHANNON JEANNETTE MCMASTERS,

      Appellant,

 v.

                                    Case No.  5D22-1040
                                    LT Case Nos. 2022-CF-000413
                                                        2022-CF-000350

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed August 12, 2022

Appeal from the Circuit Court
for St. Johns County,
R. Lee Smith, Judge.

Matthew  J.  Metz,  Public  Defender,
and Edward J. Weiss, Assistant Public
Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J.
Bradford, Jr., Assistant Attorney
General, Daytona Beach, for Appellee.


PER CURIAM.

In this *Anders*[1] appeal, we affirm the judgments and sentences imposed by the trial court in two cases below following Appellant's negotiated, nolo contendere plea. However, we remand with directions to the trial court to enter an amended judgment in circuit court case number 2022-CF-000350 to include the offense statute numbers for counts two and three. *See* Fla. R. Crim. P. 3.986(b) (providing that the forms related to judgment and sentence should include the count, crime, offense statute number(s), degree of crime, case number, and OBTS number); *see also Barnett v. State*, 329 So. 3d 809, 811–12 (Fla. 2d DCA 2021) (affirming convictions and sentences in *Anders* appeal but remanding for the entry of a corrected judgment to include sufficient details regarding the counts, crimes, statute numbers, and degree of the crimes).

AFFIRMED; REMANDED for entry of amended judgment consistent with opinion.

LAMBERT, C.J., EDWARDS and HARRIS, JJ., concur.

---

[1] *Anders v. California*, 386 U.S. 738 (1967).